**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JEAN CLAUDE GUERRIER,**

    **Plaintiff,**

v.     Case No.  8:08-cv-1478-T-30TGW

**HYATT REGENCY,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's request for an extension to comply with this Court's prior Order.  On September 2, 2008, this Court entered an Order adopting the Report and Recommendation of Magistrate Judge Thomas G. Wilson (Dkt. 5). Pursuant to the Order, the Court dismissed Plaintiff's Complaint without prejudice and granted Plaintiff thirty (30) days to file and Amended Complaint that complies with the Federal Rules of Civil Procedure.

On September 9, 2008, Plaintiff filed his request seeking "considerable time needed to meet the court clerk in order to serve the [defendant] as soon as possible within this week." The Court notes that Plaintiff has until October 2, 2008, to amend his Complaint, which is well over the week referenced in his request.  The Court also notes that Plaintiff need only file his Amended Complaint by October 2, 2008.  His time limit for service is governed by Rule 4(m) of the Federal Rules of Civil Procedure.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's request for an extension is DENIED without prejudice.

2. Plaintiff may file an Amended Complaint on or before October 2, 2008. Failure to do so shall result in the dismissal of this action without further notice.

**DONE** and **ORDERED** in Tampa, Florida on September 16, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-1478.mt extend.frm