UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JEAN CLAUDE GUERRIER,** *pro se,*

    **Plaintiff,**

v.                                  Case No.  8:08-cv-1478-T-30TGW

**HYATT REGENCY,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Certificate of Service (Dkt. 13).  On February 10, 2009, the Court entered an Order advising Plaintiff that his prior Certificate of Service was insufficient pursuant to Rule 4 of the Federal Rules of Civil Procedure.  In his new Certificate of Service, Plaintiff purports to have served Defendant via facsimile and has thus again failed to comport with the requirements of Rule 4.

It is therefore ORDERED AND ADJUDGED that:

1.   Plaintiff's Complaint is **DISMISSED without prejudice**.

2.   All pending motions are denied as moot.

3.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on March 19, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-1478.dismissal.frm